**FILED**
June 29, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                      )<br>            Plaintiff,                         )<br>v.                                                   )<br>                                                      )<br>JOSEPH A. TORRES,                        )<br>                                                      )<br>            Defendant.                     ) | Case No. Cr S-06-0382 FCD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joseph A. Torres</u>, Case No. <u>Cr S- 06-0382 FCD</u>, Charge <u>Title 18 USC § 3606</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

         __   Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

   **X**   (Other)   _with conditions and on Supervised release._

Issued at <u>Sacramento, CA</u> on <u>June 29, 2007</u> at <u>2:23</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal